UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT MIRANDA GOMEZ,<br><br>   Petitioner,<br><br>  v.<br><br>J. GASTELO, Warden,<br><br>   Respondent. | Case No.: CV 16-08739-JVS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Respondent's Motion to Dismiss is denied;

(2) Petitioner's Motion to Stay is denied; and

*//*

(3) Judgment shall be entered denying the petition and dismissing this action without prejudice.

Dated:  August 29, 2017

_____
JAMES V. SELNA
United States District Judge