JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBERT MIRANDA GOMEZ, | Case No.: CV 16-08739-JVS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| J. GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: August 29, 2017

_____
JAMES V. SELNA
United States District Judge